IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **L.S. BLAIR CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**SITE SERVICE SUPPLY, LLC.,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 22-1243-KSM** |

## ORDER

**AND NOW** this 2nd day of November, 2022, after considering Plaintiff's Motion for Entry of Default Judgment (Doc. No. 10), the Supplemental Affidavit of W. Lyle Stamps, Esquire (Doc. No. 15), and the arguments made by Plaintiff's counsel during a show cause hearing on October 5, 2022 (*see* Doc. No. 11), and the Clerk of Court having previously entered default against Defendant Site Service Supply, LLC for failure to appear, it is **ORDERED** that the motion is **GRANTED** and **FINAL JUDGMENT** is entered against Defendant Site Service Supply, LLC and in favor of Plaintiff L.S. Blair Corporation in the following amounts:

- The principal amount of $157,890.04,

- Prejudgment interest accruing on the principal amount at a rate of 2% between September 1, 2021 and March 31, 2022 and at a rate of 4.566% between April 1, 2022 and November 2, 2022,

- Post-judgment interest accruing at a rate of 4.566%,

- $8,215.00 in attorney's fees, and

- $918.59 in costs.

2

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.